■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LANORITH, Appellant. [947 NYS2d 911]

The defendant's knowing, voluntary, and intelligent waiver of his right to appeal forecloses appellate review of that branch of his omnibus motion which was to suppress certain identification testimony, and his contention that his sentence was excessive (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Kemp*, 94 NY2d 831, 833 [1999]). Rivera, J.P., Eng, Lott and Miller, JJ., concur.